IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JHONHENRI LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-19-622-D |
| ) | |
| THE YOUNG MEN'S CHRISTIAN ) | |
| ASSOCIATION OF GREATER ) | |
| OKLAHOMA CITY D/B/A YMCA, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Before the Court is Defendant's Partial Motion to Dismiss Plaintiff's Complaint [Doc. No. 10], filed on August 6, 2019. During the pendency of the motion, Plaintiff filed an Amended Complaint [Doc. No. 11]. This Amended Complaint supersedes Plaintiff's original pleading and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991); *Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180-1181 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007). Thus, Defendant's motion directed at the Complaint is moot.

**IT IS THEREFORE ORDERED** that Defendant's Partial Motion to Dismiss [Doc. No. 10] is DENIED as moot, without prejudice to refiling a motion directed at the Amended Complaint.

**IT IS SO ORDERED** this 28th day of August 2019.

TIMOTHY D. DeGIUSTI
Chief United States District Judge